# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1665
LT Case No. 2020-CC-026090

_____

RICHARD J. DEMPSEY,

    Appellant,

    v.

ELAINE ROUGHTON and
THOMAS R. ROUGHTON,

    Appellees.

_____

On appeal from the County Court for Brevard County.
Kelly Ingram, Judge.

Richard J. Dempsey, Barefoot Bay, pro se.

No Appearance for Appellees.


April 11, 2024


PER CURIAM.

    AFFIRMED.


MAKAR, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____